In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-025 CR


____________________



GLEN JOSEPH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 07-01322






MEMORANDUM OPINION


 On January 7, 2008, the trial court sentenced Glen Joseph on a conviction for
aggravated robbery. Joseph filed a notice of appeal on January 9, 2008. The trial court
entered a certification of the defendant's right to appeal in which the court certified that
this is a plea-bargain case and the defendant has no right of appeal. See Tex. R. App. P.
25.2(a)(2). The district clerk has provided the trial court's certification to the Court of
Appeals.

 On January 15, 2008, we notified the parties that we would dismiss the appeal 
unless the trial court filed an amended certification within thirty days of the date of the
notice and made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial
court has not supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly,
we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 
 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered February 6, 2008

Do not publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.